IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW WILLIAMS** | **PLAINTIFF** |
| v. | CAUSE NO. 1:22CV278-LG-BWR |
| **BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY** | **DEFENDANTS** |

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that Defendants are entitled to summary judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Matthew Williams' claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of January, 2024.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE